IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00212-FDW-DSC

| | |
|---|---|
| AVINTIV SPECIALTY MATERIALS INC., and PGI POLYMER, INC., | )<br>)<br>)<br>) |
| Plaintiffs/Counterclaim Defendants, | ) |
| v. | ) ORDER ON CONSENT MOTION TO<br>) CHANGE CAPTION |
| 3M COMPANY and TARGET CORPORATION, | )<br>)<br>) |
| Defendants/Counterclaimants. | ) |

THIS MATTER is before the Court on Plaintiffs' Consent Motion to Change Caption. The Court, having reviewed the Motion, finds that the requested change of caption is appropriate because the party formerly named Polymer Group, Inc. is now named AVINTIV Specialty Materials Inc.

Therefore, the Court GRANTS the Motion. The caption is CHANGED to be as it appears in this Order, which substitutes the name AVINTIV Specialty Materials Inc. for the name Polymer Group, Inc.

**SO ORDERED**.

Signed: October 24, 2015

David S. Cayer
United States Magistrate Judge