IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00212-FDW-DSC

| | |
|---|---|
| AVINTIV SPECIALTY MATERIALS INC., and PGI POLYMER, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> 3M COMPANY and TARGET CORPORATION, <br><br> Defendants/Counterclaimants. | ORDER |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jered Evan Matthysse]" (document # 71) filed June 15, 2016. For the reasons set forth therein, the Motion will be granted

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 16, 2016

_____
David S. Cayer
United States Magistrate Judge